554

No. 924. ROSENTHAL *v.* NEW YORK LIFE INS. CO. See *ante*, p. 263.

No. 912. DAVIDSON *v.* COMMISSIONER OF INTERNAL REVENUE. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. J. A. C. Kennedy* and *Ralph E. Svoboda* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 920. STOLL *v.* GOTTLIEB. May 16, 1938. Petition for writ of certiorari to the Supreme Court of Illinois granted. *Messrs. A. W. Froehde* and *Russell F. Locke* for petitioner. *Mr. David J. Shipman* for respondent.

No. 934. UNITED STATES *v.* CONTINENTAL NATIONAL BANK & TRUST CO., TRUSTEE, ET AL. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Jackson* for the United States. *Mr. Herbert Pope* for respondents.

No. 941. STEELMAN, TRUSTEE, *v.* ALL CONTINENT CORP. ET AL. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Wm. Elmer Brown, Jr.* for petitioner. *Mr. Clarence L. Cole* for respondents.